RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 3/30/10
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NUMBER 09-0238 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| JOSE LUIS VICUNA | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the Motion to Suppress [Doc. No. 21] filed by Defendant Jose Luis Vicuna is hereby **DENIED**.

MONROE, LOUISIANA, this 29 day of March 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE